LAW OFFICES
# ROBERT P. OPPENHEIM
200 PARK AVENUE SOUTH
SUITE 910
NEW YORK, NY 10003-1509

(212) 228-1957

FAX (212) 254-2985                                              RPO@OPPENHEIM-LAW.COM

September 14, 2007

**VIA MAIL AND E-MAIL** (info@kathykameidesigns.com)

Kathy Kamei Designs
218 McAllister Ave.
Kentfield, California 94904
Attention: Kathy Kamei

Re:     Infringement John Hardy Jewelry Products

Dear Ms. Kamei:

I am in receipt of the e-mails you sent on September 11 and 12 in response to my letter of September 11, 2007 demanding that you cease and desist from activities that infringe on my client's rights. The allegations contained in your e-mails are irrelevant and do not change the situation. I hereby reiterate each and every demand set forth in my letter of September 11, 2007. In the event that you do not fully comply with the demands in said letter by the deadline set forth therein, we will turn this matter over to litigation counsel and instruct them to commence legal proceedings.

Very truly yours,

Robert P. Oppenheim

RPO/mb

cc:    Barbara A. Solomon, Esq.
       Fross Zelnick Lehrman & Zissu, P.C.
       866 United Nations Plaza
       New York, NY 10017