**From:** Melissa Bailey [mailto:Assistant@oppenheim-law.com]
**Sent:** Wednesday, September 12, 2007 8:44 AM
**To:** Kathy Kamei
**Subject:** RE: Infringement John Hardy Jewelry Products

Dear Ms. Kamei,

Thank you for your e-mail. If you are a friend of John and Cynthia perhaps you can have them get in touch with Mr. Oppenheim by the date indicated in our demand letter.

This e-mail is without prejudice to our client's rights and remedies under applicable law, and the demands set forth in our letter dated September 11, 2007 all of which are reserved.

Sincerely,

Melissa Bailey
Assistant to Robert P. Oppenheim
200 Park Avenue South, Suite 910
New York, NY 10003-1509
(212) 228-1957 (Phone)
(212) 254-2985 (Fax)

---

**From:** Kathy Kamei [mailto:kathy@kathykameidesigns.com]
**Sent:** Tuesday, September 11, 2007 6:51 PM
**To:** Melissa Bailey
**Subject:** RE: Infringement John Hardy Jewelry Products

Dear Melissa:

I appreciate very much your letter, yet please understand that in no way have I tried to emulate or copy John Hardy's designs. I am actually a friend of John and Cynthia and my husband cared for their sick children while he was on sabbatical in Bali.

In patent situations the design has to be changed up to or above 10% as you can see my design is extremely different from John's.

The technique used has been in Bali for hundreds of years.

If you like I can put you in touch with my lawyer for any further correspondance.

Most Sincerely Kathy Kamei

**From:** Melissa Bailey [mailto:Assistant@oppenheim-law.com]
**Sent:** Tuesday, September 11, 2007 2:36 PM
**To:** info@kathykameidesigns.com
**Subject:** Infringement John Hardy Jewelry Products

 Dear Sir/Madam:

Attached please find a letter demanding that you cease and desist from infringement of John Hardy jewelry products.

Very truly yours,

*Best Regards,*
*Robert*

Law Offices of Robert P. Oppenheim
200 Park Avenue South
Suite 910
New York, NY 10003-1509

Tel: (212) 228-1957
Fax: (212) 254-2985
Mobile: (917) 715-2492
E-mail: rpo@oppenheim-law.com


The information contained in this e-mail message is intended only for use of the person or entity to whom it is addressed and may contain information that is CONFIDENTIAL and may be LEGALLY PRIVILEGED and exempt from disclosure under applicable laws.  If you read this message and are not the addressee, you are notified that use, dissemination or reproduction of this message is prohibited.  If you have received this message in error, please notify immediately.