Exhibit C        Kathy Kamei Designs

Life Circles  Wrist Piece



Exhibit C   page 1 of 9

The Body and Spirit Cross     Kathy Kamei Designs



Exhibit C   page 2 of 9

Double Life Circle        Kathy Kamei Designs



Exhibit C   page 3 of 9

Perfection in Imperfection          Kathy Kamei Designs



Exhibit C   page 4 of 9

Double Life Earring				Kathy Kamei Designs



Exhibit C   page 5 of 9

Paparazzi Earrings        Kathy Kamei Designs



Exhibit C   page 6 of 9

Life Circle Earrings         Kathy Kamei Designs



Exhibit C   page 7 of 9

Perfection Ring              Kathy Kamei Designs



Exhibit C   page 8 of 9

Be the Change Necklace        Kathy Kamei Designs



Exhibit C   page 9 of 9