| Descriptions | John Hardy Picture | Form VA | Effective Date of Registration |
|---|---|---|---|
| Dot Silver & 18K Gold Diamond Pave Teardrop Earring | | VA1-322-948 | December 20th, 2004 |
| Dot Silver & 18K Gold Rhodium Diamond Pave Teardrop Pendant | | VA1-322-948 | December 20th, 2004 |