

Dot Gold & Silver Large Cross Pendant Ch96

Not Copyrighted In USA .