| | | |
|---|---|---|
| Nuansa Small Round Drop Earrings |  | **Pending** |
| Nuansa Round Chandelier Earrings | | **Pending** |