

Ball Sautoir Necklace | VA1-359-903 | March 30th 2006