| Dot Silver & 18K Gold Diamond Pave Double Coil Ring, | | VA1-322-948 | December 20th, 2004 |
|---|---|---|---|
| 18K Yellow Gold Diamond Pave Double Coil Ring | | VA 1-286-234 | November 8th, 2004 |