# Exhibit C     Kathy Kamei Designs

## Life Circles  Wrist Piece



Exhibit C   page 1 of 9

The Body and Spirit Cross      Kathy Kamei Designs



Exhibit C   page 2 of 9

Double Life Circle          Kathy Kamei Designs



Exhibit C   page 3 of 9

Perfection in Imperfection        Kathy Kamei Designs



Exhibit C   page 4 of 9

Double Life Earring                    Kathy Kamei Designs



Exhibit C   page 5 of 9

Paparazzi Earrings          Kathy Kamei Designs



Exhibit C   page 6 of 9

Life Circle Earrings                    Kathy Kamei Designs



Exhibit C   page 7 of 9

Perfection Ring                     Kathy Kamei Designs



Exhibit C   page 8 of 9

Be the Change Necklace          Kathy Kamei Designs



Exhibit C   page 9 of 9