

Dot Gold & Silver Large
Cross Pendant Ch96

Not Copyrighted In USA .