| | | | |
|---|---|---|---|
| Pierced Hoop Earrings |  | **Pending** | |
| Large Flat Hoop Earrings | | VA1-371-475 | May 26th 2006 |