| | | | |
|---|---|---|---|
| Silver Kali Contour Ring |  | VA1-322-943 | July 19th 2004 |
| Silver Kali Saddle Ring | | VA1-158-160 | October 3rd 2002 |