1  Steven A. Nielsen, Esq., CSB #133864
   steve@nielsenpatents.com
2  Sara B. Allman, Esq., CSB #107932
   **ALLMAN & NIELSEN**
3  A Professional Corporation
   100 Larkspur Landing Circle, Suite 212
4  Larkspur, CA  94939-1743
   Telephone:   (415) 461-2700
5  Facsimile:    (415) 461-2726

6
   Attorneys for Plaintiff
7  Kathy Kamei, an individual

8              IN THE UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA
                     SAN FRANCISCO DIVISION
10

11 | Kathy Kamei, an individual            | Case No.: C 07-04937
12 |         Plaintiff,                    | **RULE 7.1 STATEMENT**
   |    vs.                                |
13 |                                       |
14 | John Hardy Limited, an alien corporation of the
   | British Virgin Islands, and Roes 1-100
15 |         Defendants.
16

17     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District

18 Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

19 undersigned counsel for Plaintiff Kathy Kamei, an individual, certifies that the following are

20 corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

       NONE.
21
   Dated:  October 4, 2007                    ALLMAN & NIELSEN, P.C.
22
                                               By: /s/ Steven A. Nielsen
23                                                 Steven A. Nielsen, Esq.

24                                             Attorneys for Plaintiff Kathy Kamei

25

**Rule 7.1 Statement by Plaintiff Kamei**
Kamei et al vs. John Hardy Ltd. et al C 07-04937