UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Kathy Kamei, an individual

        Plaintiff(s),

v.

John Hardy Limited, an alien corporation of the British Virgin Islands, and Roes 1-100

        Defendant(s).

No. C 07 04937

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

    The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: Oct. 4, 2007

Signature: *Steve Nielsen*

Counsel for Plaintiff, Kathy Kamei
(Plaintiff, Defendant, or indicate "pro se")