**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102
_____

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                                      415.522.2000


**November 28, 2007**

**CASE NUMBER:  CV 07-04937 EMC**
**CASE TITLE:  KATHY KAMEI-v-JOHN HARDY LIMITED**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Phyllis J. Hamilton** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **PJH** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 11/28/07

FOR THE EXECUTIVE COMMITTEE:

_____*Richard W. Wieking*_____
                                                Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                        Entered in Computer 11/28/07ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                              Transferor CSA