1  Steven A. Nielsen, Esq., CSB #133864
    steve@nielsenpatents.com
   Sara B. Allman, Esq., CSB #107932
2  **ALLMAN & NIELSEN**
   A Professional Corporation
3  100 Larkspur Landing Circle, Suite 212
   Larkspur, CA  94939-1743
4  Telephone:   (415) 461-2700
   Facsimile:    (415) 461-2726
5
6  Attorneys for Plaintiff
   Kathy Kamei, an individual

7

8                        IN THE UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                              SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  Kathy Kamei, an individual | Case No.: C 07-04937 |
| 13         Plaintiff, | |
|            vs. | **NOTICE OF DISMISSAL** |
| 14 | **(FRCP 41(a)(1))** |
| 15  John Hardy Limited, an alien corporation of the British Virgin Islands, and Roes 1-100 | |
| 16         Defendants. | |

17

18       TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

19

20       PLEASE TAKE NOTICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure
21  that plaintiff Kathy Kamei hereby dismisses the above-captioned action, without prejudice.

22  //

23  //

24

25

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**Notice of Dismissal  (FRCP 41 (a)(1))**
Kamei et al vs. John Hardy Ltd. et al C 07-04937

1

2   Dated: January 7, 2008                              ALLMAN & NIELSEN, P.C.

3

4                                                       By: /s/ Steven A. Nielsen

5                                                       Steven A. Nielsen, Esq.
                                                        Attorneys for Plaintiff Kathy Kamei

6
                                                        100 Larkspur Landing Circle, Suite 212
7                                                       Larkspur, CA, 94939
                                                        Telephone:  (415) 461-2700
8                                                       Facsimile:   (415) 461-2726

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

-2-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**Notice of Dismissal  (FRCP 41 (a)(1))**
Kamei et al vs. John Hardy Ltd. et al C 07-04937