1  Steven A. Nielsen, Esq., CSB #133864
   steve@nielsenpatents.com
2  Sara B. Allman, Esq., CSB #107932
   **ALLMAN & NIELSEN**
3  A Professional Corporation
   100 Larkspur Landing Circle, Suite 212
4  Larkspur, CA  94939-1743
   Telephone:   (415) 461-2700
5  Facsimile:    (415) 461-2726

6  Attorneys for Plaintiff
   Kathy Kamei, an individual

7

8               IN THE UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12 Kathy Kamei, an individual            | Case No.: C 07-04937

13         Plaintiff,                    | **NOTICE OF DISMISSAL**
       vs.                               | **(FRCP 41(a)(1))**
14
   John Hardy Limited, an alien corporation of the
15 British Virgin Islands, and Roes 1-100

16         Defendants.

17

18
       TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:
19

20
       PLEASE TAKE NOTICE pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure
21
   that plaintiff Kathy Kamei hereby dismisses the above-captioned action, without prejudice.
22
   //
23
   //
24

25

                                        -1-

**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA  94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

Notice of Dismissal  (FRCP 41 (a)(1))
Kamei et al vs. John Hardy Ltd. et al C 07-04937

-2-

1
2  Dated: January 7, 2008                    ALLMAN & NIELSEN, P.C.
3
4                                            By: /s/ Steven A. Nielsen
5                                            Steven A. Nielsen, Esq.
                                             Attorneys for Plaintiff Kathy Kamei
6
7                                            100 Larkspur Landing Circle, Suite 212
                                             Larkspur, CA, 94939
8                                            Telephone: (415) 461-2700
                                             Facsimile: (415) 461-2726
9
10
11
12
13
14
15
16
17
18
19
20
21  Dated: January 7, 2008
22
23
24
25



**ALLMAN & NIELSEN, P.C.**
100 Larkspur Landing Circle
Suite 212
Larkspur, CA 94939
Telephone: (415) 461-2700 Facsimile: (415) 461-2726

**Notice of Dismissal (FRCP 41 (a)(1))**
Kamei et al vs. John Hardy Ltd. et al C 07-04937